UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE STACY DAGUNA,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 14-cv-02453-VC

**ORDER TO SHOW CAUSE**

The defendant filed its answer on September 8, 2014. Pursuant to the procedural order in this case, the plaintiff's motion for summary judgment or for remand was due within 28 days of service of the defendant's answer. *See* Doc. No. 2. As of the date of this Order, the plaintiff has yet to file a motion. Accordingly, the plaintiff is directed to file a motion for summary judgment or for remand within fourteen days of this Order, or the case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 20, 2014

_____
VINCE CHHABRIA
United States District Judge